# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

**DONALD WAYNE BALDWIN,**   }
                             }
    **Petitioner,**           }
                             }
**v.**                       }   Case No.: 5:13-cv-1713-RDP-JEO
                             }
**CHRISTOPHER GORDY, Warden, et al.,**   }
                             }
    **Respondents.**          }

## MEMORANDUM OPINION

On September 28, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On October 6, 2016, Petitioner filed a Motion for Extension of Time to object to the recommendations. (Doc. # 13). The court granted Petitioner's Motion (Doc. # 13) and ordered Petitioner to file any objection to the Report and Recommendation on or before October 19, 2016. (Doc. # 14) No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this October 25, 2016.

                                      **R. DAVID PROCTOR**
                                      UNITED STATES DISTRICT JUDGE